IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| KARL DAVIDSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to restrict (Filing Nos. 45 and 48). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that defendants' motions to restrict are granted. The documents described in the respective motions shall remain restricted pending further order of the Court.

DATED this 20th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court