**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **8:13CR70** |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **KARL DAVIDSON,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant Karl Davidson (Davidson) appeared before the court on August 1, 2014, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 54). Davidson was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Through his counsel, Davidson waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Davidson should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. Through counsel, Davidson did not present any evidence or request a hearing. The court finds Davidson has failed to carry his burden pursuant to 18 U.S.C. § 3143 and should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on September 4, 2014**. Defendant must be present in person.

2.      Defendant Karl Davidson is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge