IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| KARL DAVIDSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court after a final disposition hearing was held on September 4, 2014, on the petition for warrant or summons for offender under supervision (Filing No. 30) and the amended petitions for warrant or summons for offender under supervision (Filing No. 54 and Filing No. 64). The defendant was present and represented by Karen M. Shanahan, Assistant Public Defender.  Plaintiff was represented by Douglas R. Semisch, Assistant United States Attorney.

      The defendant admitted Allegation 1 of the amended petition (Filing No. 64), and the Court agreed to make no findings with respect to Allegation 2 of said amended petition. Based on the admission, the Court found defendant's supervised release should be revoked.

      IT IS ORDERED:

      1) Defendant's term of supervised release is revoked. Defendant is sentenced to a term of eight (8) months with no term of supervised release to follow.

2) Defendant shall be given credit for time served from July 30, 2014, to September 4, 2014, and for no other period. It is the Court's intent that defendant serve an additional seven months of incarceration after being given credit for time served.

3) The petition (Filing No. 30) and the amended petition (Filing No. 54) are dismissed.

DATED this 4th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____